UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
VERONICA SMITH,

                        Plaintiff,

     -against-                                     20 **CIVIL** 8547 (JCM)

## JUDGMENT

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 11, 2022, the Commissioner's motion is granted in its entirety and Plaintiff's cross-motion is denied in its entirety; accordingly, the case is closed.

**Dated:** New York, New York

       February 14, 2022

                                                              **RUBY J. KRAJICK**

                                                               Clerk of Court

                                         **BY:**
                                                               **Deputy Clerk**