**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VERONICA SMITH,

                Plaintiff,                                20 **CIVIL** 8547 (JCM)

     -v-                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated August 3, 2022, that the judgment in the above-entitled action, dated February 14, 2022, is vacated, and a new judgment is entered remanding the case to the Commissioner of Social Security for further proceedings consistent with the July 25, 2022 Stipulation and that the Security Administration be notified of the Order remanding this case so that it may send the case back to the administrative law judge to conduct proceedings consistent with the July 25, 2022 Stipulation.

**Dated:**  New York, New York
          August 3, 2022

                                                                       **RUBY J. KRAJICK**

                                                                        **Clerk of Court**
                                   **BY:**     *K. Mango*
                                                                         **Deputy Clerk**